UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SHEILA ANTHONY-BROWN,**

   Plaintiff,

v.                                                   No. 4:23-CV-0059-P

**JEFFERSON DENTAL CLINIC, PC ET AL.,**

   Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 22. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that Defendant Moore's Motion to Dismiss (ECF No. 8) is **GRANTED** and all claims against him are hereby **DISMISSED.**

The Court further **ORDERS** that Defendant JDC's motion to dismiss (ECF No. 14) is **GRANTED** and all claims against it are hereby **DISMISSED**.

**SO ORDERED** on this **9th day** of **May 2023.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE