UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SHEILA ANTHONY-BROWN,**

   Plaintiff,

v.                                  **No. 4:23-cv-00059-P**

**YUEXI CHEN D.D.S., ET AL.,**

   Defendants.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order (ECF No. 47), this case is **DISMISSED**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **29th day of August 2024.**

Mark T. Pittman
UNITED STATED DISTRICT JUDGE